# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 18-51038
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2019

Lyle W. Cayce
Clerk

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN ANGEL CRUZ,

Defendant-Appellant

————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:17-CR-360-3

————————

Before DENNIS, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Juan Angel Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cruz has filed a response wherein he seeks the appointment of new counsel on appeal. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cruz's response. We concur with counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-51038

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Cruz's motion for the appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.